Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
G. Craig Smith (State Bar No. 265676)
  *gcs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; and Sergeant Kohl

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Guerrero,<br><br>    Plaintiff,<br><br>    v.<br><br>Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; Sergeant Kohl and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:20-CV-02322 JFW (JPRx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

**TO THE HONORABLE COURT:**

In accordance with L.R. 16-15.7, Plaintiff ANDREW GUERRERO ("plaintiff") and Board of Regents of University of California ("Regents") have entered into a settlement. Plaintiffs agree to execute a mutually agreeable release of all claims, as against Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; Sergeant Kohl and DOES 1 through 10 inclusive. Within fourteen

(14) days of satisfaction of the conditions contained in the release of claims, plaintiff agrees to file a request or stipulation for dismissal with prejudice of this action as against all defendants, including Defendants Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; Sergeant Kohl and DOES 1 through 10 inclusive.

The parties jointly recommend and request that the honorable Court vacate the current trial and pre-trial dates/deadlines, and all other hearing dates and case management deadlines, including but not limited to the final pre-trial conference and any set hearings for any pending motions.

It is respectfully requested that the Court maintain jurisdiction over this matter and set an Order to Show Cause Re: Dismissal of Entire Action, in ninety (90) days from now, allowing time for the settlement to be finalized.

DATED: June 4, 2021            Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:     /S/ G. Craig Smith
         Eugene P. Ramirez, Esq.
         G. Craig Smith, Esq.
         Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED:  June 4, 2021 | Respectfully submitted, |
| 2 | | **PLC LAW GROUP, APC** |
| 5 | | By: /S/ Na'Shaun Neal |
| 6 | | Na'Shaun Neal |
| | | Attorneys for Plaintiff |

3

Case No. 2:20-CV-02322 JFW (JPRx)

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

## SIGNATURE ATTESTATION

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED: June 4, 2021     **MANNING & KASS**
  **ELLROD, RAMIREZ, TRESTER LLP**


By:     /s/ G. Craig Smith
    Eugene P. Ramirez
    G. Craig Smith
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19800 MacArthur Blvd, Suite 900, Irvine, CA 92612.

On June 4, 2021, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT OF ENTIRE ACTION** on the interested parties in this action as follows:

| | |
|---|---|
| Peter L. Carr, Esq.<br>Na'Shaun L. Neal, Esq.<br>PLC LAW GROUP, APC<br>3756 Santa Rosalia Drive, Suite 326<br>Los Angeles, CA  90008<br>T:  (310) 400-5890<br>F:  (310) 400-5895<br>pcarr@thePLClawgroup.com<br>nneal@thePLClawgroup.com | Attorneys for Plaintiff,<br>ANDREW GUERRERO |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dfe@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2021, at Irvine, California.

/s/ Diane Esparza
Diane Esparza