Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
G. Craig Smith (State Bar No. 265676)
  *gcs@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; and Sergeant Kohl

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew Guerrero,<br><br>Plaintiff,<br><br>v.<br><br>Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; Sergeant Kohl and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:20-CV-02322 JFW (JPRx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE** |

## **STIPULATION**

NOTICE IS HEREBY GIVEN:

In accordance with L.R. 16-15.7 Plaintiff Andrew Guerrero, an individual (Plaintiff); and Defendants Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; and Sergeant Kohl (Defendants)-"the parties", hereby stipulate for the purpose of jointly requesting that the honorable Court dismiss with prejudice all

of plaintiff's claims and the entire civil action with prejudice as follows:

## GOOD CAUSE STATEMENT.

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

2. The parties have reached a settlement of this matter, and plaintiff has executed a release of claims that resolves all claims, including attorneys' fees and costs arising out of this action.

3. In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice the entire action and all claims and parties therein.

## STIPULATION FOR DISMISSAL.

4. Therefore, in light of all of the foregoing, the parties hereby stipulate to, and respectfully request that the Court issue an appropriate Order giving effect to the following dismissals **with prejudice** as to all of plaintiff's remaining claims in this action:

5. Plaintiff hereby stipulates (and the signatory parties stipulate) to dismiss with prejudice all of plaintiff's claims against Defendants Board of Regents of University of California; Officer Penner; Officer Young; Officer Anderson; Officer Parracamacho; Officer Hall; Officer Rankin; Sergeant Ruiz; and Sergeant Kohl (Defendants) in their entirety.

6. To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, Plaintiff hereby stipulates to dismiss with prejudice any and all such claims and causes of action.

7. Plaintiff hereby stipulates and respectfully requests that the Court issue an Order to **dismiss with prejudice the entire action** – including all claims by the plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit.

8. It is further stipulated, by the parties, that this dismissal constitutes a

mutual waiver of all costs, court fees, and attorneys' fees arising out of claims between plaintiff and defendant.

9. This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

DATED: August 30, 2021                Respectfully submitted,

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____/S/ G. Craig Smith_____
Eugene P. Ramirez, Esq.
G. Craig Smith, Esq.
Attorneys for Defendants

DATED: August 30, 2021                Respectfully submitted,

**PLC LAW GROUP, APC**

By: _____/S/ Na'Shaun Neal_____
Na'Shaun Neal
Attorneys for Plaintiff

# SIGNATURE ATTESTATION

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that I have obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED: August 30, 2021

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:     /s/ G. Craig Smith
    Eugene P. Ramirez
    G. Craig Smith
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19800 MacArthur Blvd, Suite 900, Irvine, CA 92612.

On August 30, 2021, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ALL CLAIMS WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Peter L. Carr, Esq.<br>Na'Shaun L. Neal, Esq.<br>PLC LAW GROUP, APC<br>3756 Santa Rosalia Drive, Suite 326<br>Los Angeles, CA 90008<br>T: (310) 400-5890<br>F: (310) 400-5895<br>pcarr@thePLClawgroup.com<br>nneal@thePLClawgroup.com | Attorneys for Plaintiff,<br>ANDREW GUERRERO |

**X   BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dfe@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 30, 2021, at Irvine, California.


/s/ Diane Esparza
Diane Esparza